UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN PUMA *on behalf of himself and others similarly situated*,

                Plaintiff,

v.

DREAM TEAM PARTNERS, LLC *doing business as* RICE 'N BEANS AND SALLY CHIRONIS,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4-27-20

19-CV-9824 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on October 24, 2019.  According to the affidavits of service filed on the docket, Defendants were served on November 11, 2019.  To date, however, Defendants have not appeared in this action.  No later than May 4, 2020, the parties shall file a joint letter updating the Court as to the status of this case, including why Defendants have not yet appeared and whether Plaintiff intends to move for a default judgment.

    Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

Dated:    April 27, 2020
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge