UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN PUMA *on behalf of himself and others similarly situated*,

                  Plaintiff,

            v.

DREAM TEAM PARTNERS, LLC *doing business as* RICE 'N BEANS AND SALLY CHIRONIS,

                  Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-5-20

19-CV-9824 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on October 24, 2019. According to the affidavits of service filed on the docket, Defendants were served on November 11, 2019. To date, however, Defendants have not appeared in this action. On May 4, 2020, Plaintiff filed joint status report on behalf of the parties, indicating that it had been in contact with Defendants, and that "[i]n the event [Plaintiff] is unwilling to settle the case" for the amount offered by Defendants, Plaintiff intended to move for a default judgment against them. *See* Dkt. 8. Defendant Sally Chironis is advised that she may proceed individually *pro se*, but if she chooses to do so, she must still file a response to Plaintiff's Complaint. Although Defendant Chironis may proceed *pro se*, "a corporation may not appear in a lawsuit against it except through an attorney." *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006). Accordingly, Defendant Dream Team Partners, LLC must be represented by counsel in this action. No later than June 12, 2020, Defendant Chironis must (1) file a response to Plaintiff's Complaint, and (2) inform the Court whether she has obtained separate counsel for

Defendant Dream Team Partners, LLC.  If she fails to do so, Plaintiff may move for a default judgment no later than July 10, 2020.

Defendant Chironis is also advised that information about a legal clinic which assists people who are parties in civil cases and do not have lawyers is attached to the end of this Order. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment by calling 212-659-6190.

Finally, if Plaintiff moves for a default judgment, he is advised that he must proceed in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), as well as this Court's Individual Rules & Practices, including this Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

Plaintiff shall serve a copy of this Order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated:   May 5, 2020
         New York, New York

                                          _____
                                          RONNIE ABRAMS
                                          United States District Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

**Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays**

---

**The Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

**Open Wednesday
1 p.m. - 5 p.m.
Closed on federal and court holidays**

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of
UJA Federation of New York