# CILENTI & COOPER, PLLC

### ATTORNEYS AT LAW

10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017

———

Telephone (212) 209-3933
Facsimile (212) 209-7102

July 10, 2020

**BY ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  Plaintiff shall move for default judgment no later than August 24, 2020.  Plaintiff shall provide a copy of this Order to Defendants.

SO ORDERED.

_____

Hon. Ronnie Abrams
7/13/2020

Re: **_Puma v. Dream Team Partners, LLC, et al._**
**_Case No. 19-CV-9824 (RA)_**

Dear Judge Abrams,

        We are counsel to the plaintiff in the above-referenced matter.  Pursuant to the Court's Order, plaintiff is to file his motion for default judgment by today.  Please accept this letter as plaintiff's request for a forty-five (45) day extension of time to file the motion.

        Plaintiff's request is based on the fact that the current events surrounding COVID-19 has caused a significant disruption in counsel's office.  Additionally, plaintiff had been traveling out of the country when the pandemic caused a stoppage in non-essential travel.  He only just returned to New York over the last couple of days.

        No prior request for similar relief has been made, and no other dates will be affected.

        We thank the Court for considering this application.

Respectfully submitted,

Justin Cilenti