UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERMAN PUMA, *on behalf of himself and others similarly situated*,

           Plaintiff,

v.

DREAM TEAM PARTNERS, LLC *doing business as* RICE 'N BEANS AND SALLY CHIRONIS,

           Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-25-20

19-CV-9824 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 19, 2020, the Clerk of Court entered a certificate of default against Defendants Dream Team Partners, LLC and Sally Chironis, and on August 24, 2020, Plaintiff moved for default judgment against Defendants. Dkts. 16, 17. Upon consideration of these documents and the supporting Declaration of Justin Cilenti, Dkt. 18, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **September 15, 2020** on Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiff shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **October 6, 2020**.

In light of the COVID-19 crisis, the Court will not hold a conference and will instead resolve this matter on the papers. If Defendants fail to file answering papers on Plaintiff by October 6, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff.

SO ORDERED.

Dated:    August 25, 2020
           New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge