

May 18, 2021

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Puma v Dream Team Partners, LLC et al., 19-cv-9824-RA-SLC

Dear Judge Cave,

NYLAG represents defendant Sally Chironis for the limited purpose of settlement. I write on behalf of Justin Celenti, counsel for plaintiff, to request an adjournment of today's 2:00 p.m. settlement conference. Defendant Sally Chironis consents to this application. The parties propose the following new dates: May 25, June 1, 16 or 17. This is the first request for this action.

Mr. Celenti notified me earlier this morning that due to a family medical matter he is unable to attend today's settlement conference. He requested my consent to an adjournment, and we agreed to the new dates proposed above.

We apologize for the inconvenience this will cause.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane

> Plaintiff's request to adjourn the settlement conference scheduled for May 18, 2021 (ECF No. 44) is GRANTED. The settlement conference is re-scheduled to **Tuesday, May 25, 2021 at 2:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 44.
>
> SO ORDERED     5/18/2021

SARAH L. CAVE
United States Magistrate Judge

7 Hanover Square, New York, NY 10004     t:212.613.5000     f:212.750.0820     nylag.org