## CONTRATO DE SERVICIOS LEGALES

1. Este acuerdo por servicios legales ("Acuerdo") esta hecho entre __German E. Puma__ ("Cliente") y Cilenti & Cooper, PLLC ("Abogados").

2. El Cliente autoriza a los Abogados a representarlos y a tomar todas las acciones *que sea necesario basada en la opinión profesional* de la firma *prosecución de todos los reclamos viables que pueden ser introducidas por el cliente* en contra de __Rice + Beans__ y/o cualquier otra persona o compañía afiliada. El Cliente esta de acuerdo que los Abogados pueden asociarse con cualquier otro abogado de acuerdo a su discreción.

3. El Cliente comprende que los Abogados *pagara* todos los costos legales e investigativos necesarios para llevar a cabo la demanda.



4. El Cliente comprende que los Abogados serán pagados un tercio (1/3) de la cantidad completa del acuerdo mas gastos y costos adicionales; Como una alternativa, los abogados pueden pedir que la corte otorgue a la compañía que pague los honorarios, y no el cliente ala cantidad de $450 por hora por todas las horas trabajadas, y también gastos adicionales hechos en avance lo que será introducido en la orden judicial o un acuerdo aprobado por la corte.

5. El Cliente esta de acuerdo en no realizar negociaciones *por su persona* en relación con su demanda. En caso de que la compañía se comunique directamente con el Cliente, el Cliente deberá referir todas las preguntas a los Abogados y por lo tanto debe abstenerse de toda comunicación con la compañía.

6. En el caso que surja una disputa entre los Abogados y el Cliente con respecto a nuestros honorarios, el Cliente tiene el derecho a arbitraje por la disputa de acuerdo con la Parte 137 de los Reglamentos del Jefe de Administración de la Corte, una copia de la cual será provista a usted en caso que lo solicite.

7. Es comprendido y a cordado que los Abogados y el Cliente *tienen* el derecho de cancelar este contrato en cualquier momento después de haber *dado una Notificación en escrito 30 días antes.*

8. El Cliente entiende y esta de acuerdo que los abogados no prometen el desenlace de esta demanda y que cualquier opinión que los Abogados hagan al respecto no constituye en el futuro ninguna garantía.

9.  Este Acuerdo en escrito representa un total acuerdo entre el Cliente y los Abogados en relación a los honorarios a los Abogados, costos y condiciones en referencia a la representación del Cliente por los Abogados. Cualquier modificación, agregaciones u otros cambios a este contrato deberá hacerse solamente por escrito y será firmado por el Cliente y los Abogados.

Acordado el ___8/14___, 2019 por: _____
                                                          , Cliente

Acordado el ___8/14___, 2019 por: _____
                                                          , Firma
                                  Cilenti & Cooper, PLLC

## RETAINER AGREEMENT

1. THIS AGREEMENT FOR LEGAL SERVICES ("Agreement") is made by and between _____ (hereinafter the "Client") and Cilenti & Cooper, PLLC, and attorneys associated with them (hereinafter "Attorneys").

2. Client hereby authorizes Attorneys to represent Client and to take all action, which in the firm's professional opinion may be necessary for prosecution of all viable claims which may be filed for Client against _____ and/or any other affiliated company or person (hereinafter, "The Company"). Client agrees that Attorneys may associate any other attorney at their discretion.

3. Client understands Attorneys will advance all legal and investigative costs necessary for prosecution of Client's claims.

4. Client understands that Attorneys will be paid one third (1/3) of the net settlement amount in addition to out-of-pocket expenses and costs; alternatively, Attorneys may ask the court to award reasonable fees to be paid by the Company, but not the client, at the rate of $400 per hour for all hours worked, in addition to advanced out of pocket costs or expenses, which will be be incorporated into a final judgment or court-approved settlement.

5. Client agrees Client will conduct no negotiations on their own behalf in pursuit of the Claims. If The Company should contact Client, Client shall direct all enquiries to Attorneys and refrain from all communication with The Company. If the Client settles their claims directly with the Company in disregard of this provision, Client is responsible for and shall pay to Attorneys all out-of-pocket expenses incurred by Attorneys through the date that notice of such an agreement is provided to Attorneys.

6. In the event that a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

7. It is understood and agreed that both Attorneys and Client have the right to withdraw from this Agreement at any time after giving thirty (30) days written notice to the other party.

8. Client agrees and acknowledges that Attorneys have made no promises about the outcome of this action, and that any opinion regarding the outcome of the action that Attorneys may offer in the future will not constitute a guarantee.

9. This written Agreement represents the total agreement between Client and Attorneys regarding attorneys' fees and costs and other terms regarding Attorneys' representation of Client. Any modifications, additions or other changes to this Agreement shall be made only in writing and signed by both Client and Attorneys.

Agreed to on _____ by: _____

Agreed to on _____ by: _____
Name of Attorney: